UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Sam Kane Beef Processors, LLC

Debtor

Case No. 19-20020

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that creditors Amigos Beef Cattle Company, LLC, Cal-Tex Feedyard, Inc., Carrizo Feeders, Ltd., Chaparral Feeders, Inc., Charco Cattle Feeders, Dawn Custom Cattle Feeders, Inc., Driskill Feedyard, Inc., Graham Land and Cattle Company, Immel Feedyard, Lipan Cattle Feeders, LLC, Live Oak Feedlot, Inc., Livestock Investors, Ltd. d/b/a A Bar G Feedyard, Lubbock Feeders, LLC, Luckey Custom Feedlot, Inc., McDonald Bar 6 Feedlot, Inc., Morales Feed Lots, Inc., Runnels Peters Feedyards, LLC, Santa Fe Feeders, Ltd., Shearrer Feedlot, Inc., Starr Feedyards, Ltd., and Texana Feeders, Ltd. (collectively, the Texas Cattle Feeders"), by their undersigned counsel, Craig A. Stokes of the Stokes Law Office LLP ("Stokes Law Office"), file this Notice of Appearance and Request for Notices and Papers pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.  The Texas Cattle Feeders and the Stokes Law Office request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on Stokes Law Office by serving:

  Craig A. Stokes, Esquire
  Stokes Law Office LLP
  3330 Oakwell Court, Suite 225
  San Antonio, TX 78218
  Telephone (210) 804-0011
  Facsimile (210) 822-2595
  E-Mail cstokes@stokeslawoffice.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of the Texas Cattle Feeders (i) to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which the Texas Cattle Feeders have or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 23, 2019.

        Respectfully submitted

        STOKES LAW OFFICE LLP

        */s/* Craig A. Stokes
        Craig A. Stokes – SBN 19267700
        3330 Oakwell Court, Suite 225
        San Antonio, TX 78218
        Telephone (210) 804-0011
        Facsimile (210) 822-2595
        cstokes@stokeslawoffice.com

        *Counsel for Amigos Beef Cattle Company, LLC, Cal-Tex Feedyard, Inc., Carrizo Feeders, Ltd., Chaparral Feeders, Inc., Charco Cattle Feeders,*

*Dawn Custom Cattle Feeders, Inc., Driskill Feedyard, Inc., Graham Land and Cattle Company, Immel Feedyard, Lipan Cattle Feeders, LLC, Live Oak Feedlot, Inc., Livestock Investors, Ltd. d/b/a A Bar G Feedyard, Lubbock Feeders, LLC, Luckey Custom Feedlot, Inc., McDonald Bar 6 Feedlot, Inc., Morales Feed Lots, Inc., Runnels Peters Feedyards, LLC, Santa Fe Feeders, Ltd., Shearrer Feedlot, Inc., Starr Feedyards, Ltd., and Texana Feeders, Ltd.*

### CERTIFICATE OF SERVICE

I certify that on January 23, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Craig A. Stokes
Craig A. Stokes