

ENTERED
01/23/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 19-20020 |
| SAM KANE BEEF PROCESSORS, LLC; | § | CHAPTER 11 |
| dba KANE BEEF; dba SKB ACQUISITION | § | |
| COMPANY, LLC; dba SAM KANE BEEF | § | |
| PROCESSORS, INC. | § | |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

## ORDER IN AID OF ADMINISTRATION OF THE CASE

The Court has reviewed the initial pleadings filed in the case. To avoid any concerns regarding the scope of the automatic stay under 11 U.S.C. § 362; to provide guidance to the parties; and to ensure a smooth transition to chapter 11, the Court issues this order to aid in the administration of this case. Accordingly, it is

**ORDERED THAT**:

1.  The Receivership Finance Stipulation between the Debtor and Marquette Transportation Finance, LLC ("Marquette") is suspended to the extent that:

    a.) All funds held by Marquette (or received after the entry date of this Order) that are traceable to the Debtor's accounts receivable are to be immediately transferred to the Debtor and placed into a debtor-in-possession account. This transfer shall occur within 24 hours.

    b.) Any prior directive that the Debtor's customers pay amounts due to the Debtor to Marquette is cancelled. All amounts due to the Debtor should be paid directly to the Debtor and deposited into a debtor-in-possession account.

2.  The Debtor may not spend any of the foregoing funds absent further order after notice and opportunity for hearing.

**SIGNED: January 23, 2019 at 11:38 a.m. (prevailing Central Time).**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE