# WITNESS AND EXHIBIT LIST

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION | |
| Case No: 19-20020 | Name of Debtor: **Sam Kane Beef Processors, LLC** |
| Witnesses:<br>  1. Richard S. Schmidt<br>  2. Christopher Quinn | Judge: David R. Jones |
| | Hearing Date: January 24, 2019 |
| | Hearing Time: 9:00 a.m. |
| | Party Names:   Sam Kane Beef Processors, LLC |
| | Attorney's Name:  Matthew S. Okin |
| | Attorney's Phone: (713) 228-4100 |
| | |

**Nature of Proceedings:**

    1.    Debtor's Emergency Motion for Entry of an Order Extending the Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, and (D) Statements of Financial Affairs [Docket No. 8];

    2.    Debtor's Emergency Motion for Interim and Final Orders (A) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Granting Related Relief [Docket No. 9];

    3.    Debtor's Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 507(a) Authorizing the Debtor to Pay Prepetition Wages to Employees [Docket No. 7];

    4.    Debtor's Emergency Motion for Interim Order (I) Authorizing the Debtor to (A) Use Property of the Estate, or in the Alternative (B) Use Cash Collateral Pursuant to Section 363(C) of the Bankruptcy Code; (II) Granting Adequate Protection for the Use Thereof; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral; and (IV) Granting Related Relief [Docket No. 5];

## DEBTOR'S EXHIBITS

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Company Overview | | | | |
| 2. | Declaration of Richard S. Schmidt in Support of the Debtor's Chapter 11 Petition and First Day Motions [Doc. No. 3] | | | | |
| 3. | Order Appointing Receiver | | | | |
| 4. | Receivership Finance Stipulation | | | | |
| 5. | Cash Collateral Budget [Doc. No. 5-1] | | | | |
| 6. | TCF Creditor's Statement in Support [Doc. No. 13] | | | | |
| 7. | Proposed Interim Order Allowing Use of Cash Collateral [Doc. No. 10] | | | | |
| 8. | Employee Wage Summary | | | | |
| 9. | Proposed Order Authorizing the Debtor to Pay Employee Wages [Doc. No. 14] | | | | |
| 10. | Utility Provider List [Doc. No. 9-1] | | | | |
| 11. | Proposed Interim Utility Order [Doc. No. 9-2] | | | | |
| 12. | Proposed Final Utility Order [Doc. No. 9-3] | | | | |
| 13. | Proposed Order Extending Time to File Schedules and Statements of Financial Affairs [Doc. No. 12] | | | | |
| 14. | Order in Aid of Administration [Doc. No. 15] | | | | |
| 15. | Letter to Account Debtors | | | | |

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 16. | Certificate of Service [Doc. No. __] | | | | |
| 17. | Any exhibit designated by another party | | | | |
| 18. | Rebuttal exhibits | | | | |

Respectfully submitted this 23rd day of January, 2019.

**OKIN ADAMS LLP**

By:    /s/ *Matthew S. Okin*
      Matthew S. Okin
      Texas Bar No. 00784695
      mokin@okinadams.com
      David L. Curry, Jr.
      Texas Bar No. 24065107
      dcurry@okinadams.com
      Ryan A. O'Connor
      Texas Bar No. 24098190
      roconnor@okinadams.com
      1113 Vine St., Suite 240
      Houston, Texas 77002
      Tel: 713.228.4100
      Fax: 888.865.2118

**PROPOSED ATTORNEYS FOR THE DEBTOR**