**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| SAM KANE BEEF PROCESSORS, LLC, | § § § § | Case No. 19-20020 |
| Debtor. | § | Chapter 11 |

## NOTICE OF EMEGENCY STATUS CONFERENCE

**PLEASE TAKE NOTICE** that an emergency status conference in the above-styled matter will be held before the Honorable David R. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 400, 515 Rusk, , Houston, Texas 77002, on Monday, January 28, 2019, at 3:30 p.m.  Interested parties may appear by telephone in accordance with the Court's procedures located on the Court's website.

Respectfully submitted this 27th day of January, 2019.

                    **OKIN ADAMS LLP**

                    By:    /s/ *David L. Curry, Jr.*
                         Matthew S. Okin
                         Texas Bar No. 00784695
                         mokin@okinadams.com
                         David L. Curry, Jr.
                         Texas Bar No. 24065107
                         dcurry@okinadams.com
                         Ryan A. O'Connor
                         Texas Bar No. 24098190
                         roconnor@okinadams.com
                         1113 Vine St., Suite 240
                         Houston, Texas 77002
                         Tel: 713.228.4100
                         Fax: 888.865.2118

                    **PROPOSED ATTORNEYS FOR THE DEBTOR**