IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **SAM KANE BEEF PROCESSORS, LLC**[1] | § § | Case No. 19-20020 |
| **Debtor.** | § § | Chapter 11 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                           ) ss:
COUNTY OF KINGS    )

I, Nora E. Morales, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 23rd day of January, 2019, DRC, under my supervision caused a true and accurate copy of the following documents:

   a) Voluntary Petition – Dkt. No. 1;

   b) Declaration of Richard S. Schmidt In Support of Chapter 11 Petition and First Day Pleadings– Dkt. No. 3;

   c) Debtor's Emergency Motion for Interim Order (I) Authorizing The Debtor To (A) Use Property of The Estate, Or In The Alternative (B) Use Cash Collateral Pursuant To Section 363(c) of The Bankruptcy Code; (II) Granting Adequate Protection for The Use Thereof; (III) Scheduling a Final Hearing Pursuant To Bankruptcy Rule 4001 As To Use of Cash Collateral; and (IV) Granting Related Relief– Dkt. No. 5;

   d) Debtor's Emergency Motion for Order Pursuant To 11 U.S.C. §§ 105(A), 363(b) and 507(a) Authorizing The Debtor To Pay Prepetition Wages To Employees – Dkt. No. 7;

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Sam Kane Beef Processors, LLC (0433).

e) Debtor's Emergency Motion for Entry of An Order Extending Time To File (A) Schedules of Assets And Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, and (D) Statements of Financial Affairs– Dkt. No. 8;

f) Debtor's Emergency Motion for Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing Or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief – Dkt. No. 9;

g) Interim Order (I) Authorizing The Debtor To (A) Use Property of The Estate, Or In The Alternative (B) Use Cash Collateral Pursuant To Section 363(c) of The Bankruptcy Code; (II) Granting Adequate Protection for The Use Thereof; (III) Scheduling a Final Hearing Pursuant To Bankruptcy Rule 4001 As To Use of Cash Collateral; and (IV) Granting Related Relief– Dkt. No. 10;

h) Order Extending Time To File Schedules of Assets And Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs – Dkt. No. 12 ;

i) Order Authorizing The Debtor To Pay Prepetition Wages To Employees – Dkt. No. 14; and

j) Notice of Hearing on Certain First Day Motions – Dkt. No. 16,

to be served via US First Class mail upon the parties as set forth in <u>Exhibit 1</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of January, 2019, Brooklyn, New York.

By _____
Nora E. Morales

Sworn before me this
28th day of January, 2019

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

2

# **<u>EXHIBIT 1</u>**

# Sam Kane Beef Processors, LLC
## Exhibit Pages

Page # : 1 of 2                                                                                                    01/23/2019  06:55:43 PM

| | | | |
|---|---|---|---|
| 000025P001-1412S-001<br>AMIGO'S BEEF CATTLE<br>4806 AVE C<br>CORPUS CHRISTI TX 78410 | 000030P001-1412S-001<br>BAR G FEEDYARD<br>PO BOX 1797<br>HEREFORD TX 79405 | 000027P001-1412S-001<br>CAL-TEX FEED YARD<br>381 CR 373<br>TRENT TX 79561 | 000023P001-1412S-001<br>CARRIZO FEEDERS<br>PO BOX 6<br>CARRIZO SPRINGS TX 78834 |
| 000019P001-1412S-001<br>CITY OF CORPUS CHRISTI<br>PO BOX 9259<br>CORPUS CHRISTI TX 78469-9257 | 000012P001-1412S-001<br>CLEVELAND TERRAZAS PLLC<br>KEVIN J TERRAZAS<br>ALFREDO FERNANDEZ<br>4611 BEE CAVE RD STE 306B<br>AUSTIN TX 78746 | 000022P001-1412S-001<br>GATEWAY CATTLE CO<br>PO BOX 269<br>KNIPPA TX 78870 | 000014P002-1412S-001<br>GORDIAN GROUP<br>ANDREW H GERN, LIAM D. AHEARN<br>HADLEY H CHU |
| 000026P001-1412S-001<br>GRAHAM LAND AND CATTLE<br>3772 S HIGHWAY 183<br>GONZALES TX 78629 | 000033P001-1412S-001<br>IMMEL FEED YARD<br>PO BOX 191<br>FREDRICKSBURG TX 79624 | 000005P001-1412S-001<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000028P001-1412S-001<br>JB HUNT TRANSPORT, INC<br>PO BOX 847977<br>DALLAS TX 75284-7977 |
| 000034P001-1412S-001<br>LIVE OAK FEEDYARD<br>2230 E US HIGHWAY 57<br>BATESVILLE TX 78829 | 000018P001-1412S-001<br>LUBBOCK FEEDERS<br>105 N MAIN<br>WICHITA KS 67202 | 000016P001-1412S-001<br>LUCKEY CUSTOM FEEDLOT<br>PO BOX 1150<br>DEVINE TX 78016 | 000007P001-1412S-001<br>MARQUETTE TRANSPORTATION<br>KEITH M AURZADA<br>BRYAN CAVE LEIGHTON PAISNER<br>JP MORGAN CHASE TOWER<br>2200 ROSS AVE STE 3300<br>DALLAS TX 75201-7965 |
| 000008P001-1412S-001<br>MARQUETTE TRANSPORTATION<br>CHRISTOPHER FISHER<br>BRYAN CAVE LEIGHTON PAISNER<br>ONE KANSAS CITY PL<br>1200 MAIN ST STE 3800<br>KANSAS CITY MO 64105-2122 | 000021P001-1412S-001<br>MCDONALD BAR 6<br>10119 COUNTY RD 531<br>MATHIS TX 78368 | 000031P001-1412S-001<br>MGM CATTLE CO<br>PO BOX 40<br>KINGSBURY TX 78638 | 000024P001-1412S-001<br>MORALES FEEDLOT<br>480 PR 7621<br>DEVINE TX 78016 |
| 000002P001-1412S-001<br>OFFICE OF THE US TRUSTEE<br>HECTOR DURAN<br>515 RUSK AVE STE 3516<br>HOUSTON TX 77002 | 000009P001-1412S-001<br>RABO AGRIFINANCE, LLC | 000010P001-1412S-001<br>RABO AGRIFINANCE, LLC<br>MICHAEL R JOHNSON<br>RAY QUINNEY AND NEBEKER PC<br>36 S STATE ST STE 1400<br>SALT LAKE CITY UT 84111 | 000011P001-1412S-001<br>RABO AGRIFINANCE, LLC<br>THOMAS C RINEY AND<br>W HEATH HENDRICKS<br>RINEY MAYFIELD LLP<br>320 S POLK ST STE 600<br>AMARILLO TX 79101 |
| 000017P001-1412S-001<br>RUNNELLS PETERES FEEDYARDS<br>ALFREDO FERNANDEZ<br>1444 FM 1665<br>QUEMADO TX 78877 | 000020P001-1412S-001<br>SANTA FE FEEDERS<br>8097 S HIGHWAY 281<br>ENCINO TX 78353 | 000032P001-1412S-001<br>STARR FEEDYARD<br>144 STARR FEEDYARD RD<br>RIO GRANDE CITY TX 78582 | 000029P001-1412S-001<br>TEXANA FEEDERS<br>3493 FM 539<br>FLORESVILLE TX 78114 |

**Sam Kane Beef Processors, LLC**
**Exhibit Pages**

Page # : 2 of 2                                                                                                                                           01/23/2019 06:55:43 PM

| | | | |
|---|---|---|---|
| 000013P001-1412S-001<br>TEXAS CATTLE FEEDERS ASSOC<br>DAVID L LEBAS<br>NAMAN HOWELL SMITH AND LEE<br>8310 N CAPITAL OF TEXAS HWY<br>STE 490<br>AUSTIN TX 78731 | 000015P001-1412S-001<br>TEXAS CATTLE FEEDERS ASSOC<br>CRAIG A STOKES ESQ<br>STOKES LAW OFFICE LLP<br>3330 OAKWELL CT STE 225<br>SAN ANTONIO TX 78218 | 000006P001-1412S-001<br>TEXAS CATTLE FEEDERS ASSOCIATION<br>5501 I-40 WEST<br>AMARILLO TX 79106 | 000003P001-1412S-001<br>TEXAS COMPTROLLER<br>PO BOX 149348<br>AUSTIN TX 78714-9348 |
| 000001P001-1412S-001<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF TEXAS<br>1100 LOUISIANA ST STE 2300<br>HOUSTON TX 77002 | 000004P001-1412S-001<br>US DEPT OF AGRICULTURE<br>CHAD W COWAN<br>US ATTORNEY'S OFFICE<br>1000 LOUISIANA STE 2300<br>HOUSTON TX 77002 | | |

Records Printed : **34**