## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SAM KANE BEEF PROCESSORS, LLC, | § § § | Case No. 19-20020 |
| | § | |
| Debtor. | § | Chapter 11 |

### NOTICE OF ERRATA
### [Relates to ECF # 49]

**PLEASE TAKE NOTICE** that, on January 29, 2019, counsel for the Debtor filed that Emergency Motion Pursuant to 11 U.S.C. §§ 105, 363, 365 and 554, and Bankruptcy Rules 2002, 6004, and 6006 for Entry of (I) an Order (A) Approving Auction and Bidding Procedures; (B) Scheduling Auction and Sale Hearing; and (C) Approving the Form of Notice; (II) An Order Authorizing Abandonment of Assets Not Sold at Auction, and (III) Granting Related Relief [ECF # 49] (the "Sale Motion"). The Sale Motion includes a notice of hearing on the first page, which notice inadvertently misstated the date of the hearing to be conducted on the Sale Motion as Wednesday, January 28, 2019. The Debtor hereby files this Notice of Errata to correct this error.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Sale Motion will be conducted before the Honorable David R. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 400, 515 Rusk, Houston, Texas 77002, on **Wednesday, January 30, 2019**, at 9:00 a.m. In addition to this Notice of Errata, the Debtor will file and serve a Notice of Hearing.

Respectfully submitted this 29th day of January, 2019.

        **OKIN ADAMS LLP**

        By:    /s/ *David L. Curry, Jr.*
              Matthew S. Okin
              Texas Bar No. 00784695
              mokin@okinadams.com
              David L. Curry, Jr.
              Texas Bar No. 24065107
              dcurry@okinadams.com
              Ryan A. O'Connor
              Texas Bar No. 24098190
              roconnor@okinadams.com
              1113 Vine St., Suite 240
              Houston, Texas 77002
              Tel: 713.228.4100
              Fax: 888.865.2118

        **PROPOSED ATTORNEYS FOR THE DEBTOR**