

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
02/01/2019

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Corpus Christi | Main Case Number | 19-20020 |
|---|---|---|---|
| Debtor | In Re: | Sam Kane Beef Processors, LLC | |

This lawyer, who is admitted to the State Bar of _____Utah_____ :

| | |
|---|---|
| Name | Michael R. Johnson |
| Firm | RAY QUINNEY & NEBEKER P.C. |
| Street | 36 South State Street, Suite 1400 |
| City & Zip Code | Salt Lake City, Utah 84111 |
| Telephone | (801) 323-3363 - mjohnson@rqn.com |
| Licensed: State & Number | Utah - 7070; AZ - 15829 |

Seeks to appear as the attorney for this party:

Rabo Agrifinance LLC

Dated: January 28, 2019      Signed: /s/ Michael R. Johnson

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
                    Deputy Clerk

Order   (Docket No. 55)

This lawyer is admitted *pro hac vice*. The lawyer shall review the Local Rules and this Court's published procedures.

**Signed: January 31, 2019.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE