IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **SAM KANE BEEF PROCESSORS, LLC,**[1] | § | Case No. 19-20020 |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF WINNING BIDDER

PLEASE TAKE NOTICE that on February 6, 2019, the Debtor conducted an auction (the "Auction") to determine the highest bidder(s) for the purchase of substantially all of the Debtor's assets, as provided in the Court's *Order (I) Approving Auction and Bidding Procedures, (II) Scheduling Auction and Sale Hearing, (III) Approving the Form of Notice, (IV) Authorizing Abandonment of Assets Not Sold at Auction, and (V) Granting Related Relief* [Doc. No. 64] (the "Sale Procedures Order"). The Auction took place telephonically. The Consultation Parties and certain Qualified Bidders (as defined in the Sale Procedures Order) appeared and participated in the Auction. Upon the conclusion of the Auction, the Debtor, exercising its business judgment, selected JDH Capital Company as the Successful Bidder pursuant to the terms set forth in the term sheet attached hereto as **Exhibit A**.[2] The Debtor has determined that Rabo AgriFinance, LLC will serve as the Back-Up Bidder pursuant to the terms of its credit bid.

The Debtor will request approval of a sale of substantially all of its assets to the Successful Bidder at the hearing currently scheduled for 4:00 p.m. (CT), on Monday, February 11, 2019 at the United States Bankruptcy Court, 515 Rusk, Courtroom 400, Houston, Texas 77002. The terms of the proposed sale will be contained in a Purchase and Sale Agreement to be

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Sam Kane Beef Processors, LLC (0433).

[2] Proposed credit terms and assumption of debt remain subject to approval by Rabo AgriFinance, LLC.

entered into by and between the Debtor and the Successful Bidder, as may be amended and supplemented, and which will be filed with the Court.

DATED: February 8, 2019.

**OKIN ADAMS LLP**

By: ____/s/ *Matthew S. Okin*____
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
David L. Curry, Jr.
State Bar No. 24065107
Email: dcurry@okinadams.com
Ryan A. O'Connor
State Bar No. 24098190
Email: roconnor@okinadams.com
1113 Vine St., Suite 240
Houston, TX  77002
Tel: (713) 228-4100
Fax: (888) 865-2118

**PROPOSED ATTORNEYS FOR THE DEBTOR**