IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SAM KANE BEEF PROCESSORS, LLC, | § § § | Case No. 19-20020 |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF HEARING
[Relates to Docket No. 163]

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") will be held before the Honorable David R. Jones, United States Bankruptcy Judge, at the **United States Federal Courthouse, 515 Rusk, Courtroom 400, Houston, Texas on March 19, 2019 at 4:00 p.m. (CT)**, or at such other time as the court may determine, on the following motion (the "Motion"), which was filed by the Debtor in connection with the Chapter 11 Case:

> Debtor's Emergency Motion for Final Order (I) Authorizing the Debtor to Use Cash Collateral Pursuant to Section 363(C) of the Bankruptcy Code, and (II) Granting Related Relief [Docket No. 163]

Copies of the Motion may be (i) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (ii) downloaded from the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Requests for copies of the Motion and further information regarding the Hearing may also be made to proposed counsel for the Debtor using the contact information below.

Respectfully submitted this 12th day of March, 2019.

**OKIN ADAMS LLP**

By: ___/s/ *David L. Curry, Jr.*___
      Matthew S. Okin
      Texas Bar No. 00784695
      mokin@okinadams.com
      David L. Curry, Jr.
      Texas Bar No. 24065107
      dcurry@okinadams.com
      Ryan A. O'Connor
      Texas Bar No. 24098190
      roconnor@okinadams.com
      1113 Vine St., Suite 240
      Houston, Texas 77002
      Tel: 713.228.4100
      Fax: 888.865.2118

**ATTORNEYS FOR THE DEBTOR**

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the *Notice of Hearing* was served via the Court's ECF System on any party having appeared and requested notice in this case at the time of filing of said pleading, and by email, where available, on March 12, 2019 on the entities identified in the attached service list.

                                      /s/ *David L. Curry, Jr.*
                                      David L. Curry, Jr.