

ENTERED
03/19/2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SAM KANE BEEF PROCESSORS, LLC, | § | Case No. 19-20020 |
| | § | |
| Debtor. | § | Chapter 11 |

### FINAL ORDER (I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL PURSUANT TO SECTION 363(C) OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF

[Relates to Docket No. 163]

The Court considered the Emergency Motion for Final Order (I) Authorizing the Debtor to Use Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code, and (II) Granting Related Relief (the "Motion"), [1] filed by Sam Kane Beef Processors, LLC, the above-captioned debtor and debtor in possession (the "Debtor"). The Court, having considered the Motion and any objections thereto; and based on the record of the hearing held on the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that notice of the Motion was sufficient and it appearing that the relief requested is in the best interests of the Debtor, its estate, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED. It is therefore hereby **ORDERED** that:

1. The Debtor is authorized to utilize cash collateral in the amount of $40,000.00 to purchase services for forensic imaging and back-up of the Debtor's electronically stored information.

Signed: March 19, 2019.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.