

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
03/29/2019

| | § | |
|---|---|---|
| In re: | § | |
| | § | |
| SAM KANE BEEF PROCESSORS, LLC,[1] | § | Case No. 19-20020 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**ORDER GRANTING EXTENTION OF DEADLINE TO ASSUME AND ASSIGN
CONTRACTS BETWEEN THE DEBTOR AND THE PURCHASER**
(Relates to Doc. No. 183)

The Court considered the Emergency Motion to Extend the Deadline to Assume and Assign Contracts Between the Debtor and the Purchaser (the "Motion"),[2] filed by Sam Kane Beef Processors, LLC, the above-captioned debtor and debtor in possession (the "Debtor").  The Court having reviewed the Motion and any objections thereto; and based on the matters reflected in the record of the hearing held on the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that notice of the Motion was sufficient; and it appearing that the relief requested is in the best interests of the Debtor, its estate, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED.  It is therefore hereby **ORDERED** that:

1. The deadline to assume and assign contracts shall be extended for a period of 30 days to April 29, 2019.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: March 28, 2019

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Dated: _____, 2019

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

**OKIN ADAMS LLP**

By:      /s/ *David L. Curry, Jr.*
    Matthew S. Okin
    Texas Bar No. 00784695
    mokin@okinadams.com
    David L. Curry, Jr.
    Texas Bar No. 24065107
    dcurry@okinadams.com
    Ryan A. O'Connor
    Texas Bar No. 24098190
    roconnor@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 888.865.2118

**ATTORNEYS FOR THE DEBTOR**

```
                              United States Bankruptcy Court
                                Southern District of Texas
In re:                                                              Case No. 19-20020-drj
Sam Kane Beef Processors, LLC                                       Chapter 11
         Debtor          CERTIFICATE OF NOTICE
District/off: 0541-2          User: VrianaPor              Page 1 of 3             Date Rcvd: Mar 29, 2019
                              Form ID: pdf002              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db             +Sam Kane Beef Processors, LLC,    9001 Leopard Street,    Corpus Christi, TX 78409-2502
aty            +Erica J. Richards,   Morrison Foerster LLP,    250 West 55th Street,    New York, NY 10019-0050
aty            +Jennifer L Marines,   Morrison Foerster LLP,    250 West 55th Street,    New York, NY 10019-0050
aty            +Stephen T. Schwarzbach, Jr.,    Kirkland & Ellis,    600 Travis,   Ste 3300,
                 Houston, TX 77002-2926
cr             +Ascent Global Logistics,    c/o David R. Eastlake,    Greenberg Traurig, LLP,
                 1000 Louisiana Street, Suite 1700,    Houston, TX 77002-5001
cr             +Caterpillar Financial Services Corporations,    2120 WestEnd Avenue,    Nashville, TN 37203-5341
cr              Cleaver-Brooks, Inc.,   c/o Streusand, Landon, Ozburn & Lemmon,    1801 S. Mopac Expressway,
                 Suite 320,   Austin, TX  78746
op             +Gordian Group, LLC,   930 Third Avenue,    17th Floor,   New Yrok, NY 10022-3601
cr             +Graybar Electric Company, Inc.,    34 North Meramec Avenue,    Clayton, MO 63105-1678
cr             +H.C. Schmieding Produce Company, LLC,    c/o Steven W. Soule,    Hall, Estill, Hardwick, et al.,
                 320 South Boston Avenue,    Suite 200,   Tulsa, OK 74103-3708
cr             +Logistic Group of America,    60 Bailey Road, Suite 217,    Pittsburg, PA 15211
cr             +Sealed Air Corporation,    2415 Cascade Pointe Boulevard,    Charlotte, NC 28208-6899
intp            Texas Commission on Environmental Quality,    c/o Office of the Attorney General,
                 P. O. Box 12548 MC-008,   /Austin, TX  78711-2548
cr              Texas Comptroller of Public Accounts,    Courtney J. Hull,    P.O. Box 12548,
                 Austin, TX  78711-2548
cr             +UnitedHealthcare Insurance Company,    c/o Shipman & Goodwin LLP,    One Constitution Plaza,
                 Hartford, CT 06103-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Amigos Beef Cattle Company, LLC
cr              Cal-Tex Feedyard, Inc.
cr              Carrizo Feeders, Ltd.
cr              Chaparral Feeders, Inc.
cr              Charco Cattle Feeders
cr              Dawn Custom Cattle Feeders, Inc.
cr              Driskill Feedyard, Inc.
cr              Ford Motor Credit Company LLC
cr              Graham Land and Cattle Company
cr              Immel Feedyard
intp            International Paper Company
intp            JDH Capital
op              Jordan, Holzer & Ortiz, P.C.
cr              Lipan Cattle Feeders, LLC
cr              Live Oak Feedlot, Inc.
cr              Livestock Investors, Ltd. d/b/a A Bar G Feedyard
cr              Lubbock Feeders, LLC
cr              Luckey Custom Feedlot, Inc.
cr              Marquette Transportation Finance Service, LLC
cr              McDonald Bar 6 Feedlot, Inc.
cr              Morales Feed Lots, Inc.
cr              Nueces County
cr              Rabo AgriFinance LLC
cr              Runnels Peters Feedyards, LLC
cr              Santa Fe Feeders, Ltd.
cr              Shearrer Feedlot, Inc.
cr              Starr Feedyards, Ltd.
cr              Texana Feeders, Ltd.
cr              United Parcel Service, Inc.
intp            United States of America
                                                                                          TOTALS: 30, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0541-2          User: VrianaPor              Page 2 of 3              Date Rcvd: Mar 29, 2019
                              Form ID: pdf002              Total Noticed: 15
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Allan L Potter    on behalf of Creditor    Logistic Group of America ecf@allanlpotter.com,
               ecfda@allanlpotter.com;ef@allanlpotter.com;potterfirm@yahoo.com
              Ben L Aderholt    on behalf of Creditor    Graybar Electric Company, Inc. baderholt@coatsrose.com,
               tparker@coatsrose.com
              Courtney  Hull    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-chull@oag.texas.gov,   sherri.simpson@oag.texas.gov
              Craig A Stokes    on behalf of Creditor    Starr Feedyards, Ltd. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Graham Land and Cattle Company
               cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Shearrer Feedlot, Inc. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Charco Cattle Feeders cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Immel Feedyard cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Live Oak Feedlot, Inc. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Driskill Feedyard, Inc. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Luckey Custom Feedlot, Inc. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Santa Fe Feeders, Ltd. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    McDonald Bar 6 Feedlot, Inc. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Lubbock Feeders, LLC cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Carrizo Feeders, Ltd. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Livestock Investors, Ltd. d/b/a A Bar G Feedyard
                cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Dawn Custom Cattle Feeders, Inc.
                cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Runnels Peters Feedyards, LLC
                cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
              Craig A Stokes    on behalf of Creditor    Chaparral Feeders, Inc. cstokes@stokeslawoffice.com,
               rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhow
               ell.com;koswald@namanhowell.com;djones@stokeslawoffice.com
```

```
District/off: 0541-2           User: VrianaPor              Page 3 of 3                   Date Rcvd: Mar 29, 2019
                               Form ID: pdf002              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Craig A Stokes    on behalf of Creditor    Texana Feeders, Ltd. cstokes@stokeslawoffice.com, rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhowell.com;koswald@namanhowell.com;djones@stokeslawoffice.com

      Craig A Stokes    on behalf of Creditor    Amigos Beef Cattle Company, LLC cstokes@stokeslawoffice.com, rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhowell.com;koswald@namanhowell.com;djones@stokeslawoffice.com

      Craig A Stokes    on behalf of Creditor    Morales Feed Lots, Inc. cstokes@stokeslawoffice.com, rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhowell.com;koswald@namanhowell.com;djones@stokeslawoffice.com

      Craig A Stokes    on behalf of Creditor    Cal-Tex Feedyard, Inc. cstokes@stokeslawoffice.com, rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhowell.com;koswald@namanhowell.com;djones@stokeslawoffice.com

      Craig A Stokes    on behalf of Creditor    Marquette Transportation Finance Service, LLC cstokes@stokeslawoffice.com, rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhowell.com;koswald@namanhowell.com;djones@stokeslawoffice.com

      Craig A Stokes    on behalf of Creditor    Lipan Cattle Feeders, LLC cstokes@stokeslawoffice.com, rbarrera@stokeslawoffice.com;djones@stokeslawoffice.com;mcobb@stokeslawoffice.com;dlebas@namanhowell.com;koswald@namanhowell.com;djones@stokeslawoffice.com

      David L Curry, Jr    on behalf of Debtor    Sam Kane Beef Processors, LLC dcurry@okinadams.com, bmoore@okinadams.com

      David Robert Eastlake    on behalf of Creditor    Ascent Global Logistics eastlaked@gtlaw.com, jamrokg@gtlaw.com

      Diane Wade Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com

      Gerald James Landon    on behalf of Creditor    Cleaver-Brooks, Inc. landon@slollp.com, rangel@slollp.com

      Hal F Morris    on behalf of Interested Party    Texas Commission on Environmental Quality hal.morris@texasattorneygeneral.gov

      Hector Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov

      John S Mayer    on behalf of Creditor    Caterpillar Financial Services Corporations jmayer@rossbanks.com

      Johnie A Maraist    on behalf of Debtor    Sam Kane Beef Processors, LLC jmaraist@okinadams.com

      Julie Goodrich Harrison    on behalf of Creditor    Sealed Air Corporation julie.harrison@nortonrosefulbright.com

      Keith Miles Aurzada    on behalf of Creditor    Marquette Transportation Finance Service, LLC keith.aurzada@bclplaw.com, alicia.nixon@bclplaw.com;bradley.purcell@bclplaw.com;lindsey.robin@bclplaw.com;mgstingley@bryancave.com;shikendra.rhea@bclplaw.com;lupe.rojas-wiederanders@bclplaw.com

      Lindsey Lee Robin    on behalf of Creditor    Marquette Transportation Finance Service, LLC lindsey.robin@bclplaw.com

      Matthew Scott Okin    on behalf of Debtor    Sam Kane Beef Processors, LLC mokin@okinadams.com, teaston@okinadams.com

      Michael Savetsky    on behalf of Interested Party    International Paper Company msavetsky@lowenstein.com

      Michael P Cooley    on behalf of Creditor    Marquette Transportation Finance Service, LLC michael.cooley@bclplaw.com, jadwiga.krasnic@bclplaw.com;lindsey.robin@bclplaw.com;lupe.rojas@bclplaw.com

      Michael R Johnson    on behalf of Creditor    Rabo AgriFinance LLC mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com

      Nathaniel Peter Holzer    on behalf of Other Prof.    Gordian Group, LLC ecf@jhwclaw.com

      Nathaniel Peter Holzer    on behalf of Other Prof.    Jordan, Holzer & Ortiz, P.C. ecf@jhwclaw.com

      R Christopher Naylor    on behalf of Creditor    Ford Motor Credit Company LLC kimg@dntlaw.com

      Richard A. Kincheloe    on behalf of Interested Party    United States of America Richard.Kincheloe@usdoj.gov, caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov

      Ryan Anthony O'Connor    on behalf of Debtor    Sam Kane Beef Processors, LLC roconnor@okinadams.com

      Steven W Soule    on behalf of Creditor    H.C. Schmieding Produce Company, LLC ssoule@hallestill.com

      Thomas C. Riney    on behalf of Creditor    Rabo AgriFinance LLC triney@rineymayfield.com, rduke@rineymayfield.com;colguin@rineymayfield.com;jcherne@rineymayfield.com;jschulte@rineymayfield.com

      US Trustee    USTPRegion07.CC.ECF@USDOJ.GOV

      W Heath Hendricks    on behalf of Creditor    Rabo AgriFinance LLC hhendricks@rineymayfield.com

      TOTAL: 49