UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NAME: SAM KANE BEEF PROCESSORS, LLC  
CASE NUMBER: 19-20020  
PETITION DATE: January 22, 2019

## MONTHLY OPERATING REPORT SUMMARY for MAY 2019*

| MONTH | Jan 22-31, 2019 | Feb-2019 | Mar-2019 | Apr-2019 | May-2019 |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 4,124,345.27 | 677,775.17 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 2,278,314.46 | -432,658.32 | -33,230.63 | -266.16 | -96.79 |
| NET INCOME (LOSS) (MOR-6) | 1,541,496.58 | -794,756.30 | -250,967.93 | -116,235.02 | -135,319.65 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 80,000.00 | 98,735.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 1,846,030.81 | 1,110,433.49 | 772,443.02 | 266.16 | 40,096.79 |

***The original of this document must be filed with the United States Bankruptcy Court**

**REQUIRED INSURANCE MAINTAINED**  
**AS OF SIGNATURE DATE**  
EXP. DATE

**CIRCLE ONE**

- Are all accounts receivable being collected within terms? Yes / **No**
- Are all post-petition liabilities, including taxes, being paid within terms? Yes / **No**
- Have any pre-petition liabilities been paid? Yes / **No**
  - If so, describe ____
- Are all funds received being deposited into DIP bank accounts? **Yes** / No
- Were any assets disposed of outside the normal course of business? Yes / **No**
  - If so, describe ____
- Are all U.S. Trustee Quarterly Fee Payments current? Yes / **No**
- What is the status of your Plan of Reorganization? TBD

ATTORNEY NAME: Matt Okin, David Curry  
FIRM NAME: Okin & Adams  
ADDRESS: 1113 Vine Street, Suite 201  
CITY, STATE, ZIP: Houston, TX 77002  
TELEPHONE/FAX: (713) 228-4100

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____(ORIGINAL SIGNATURE)_____  TITLE: Sole Member

Richard S. Schmidt  
(PRINT NAME OF SIGNATORY)  
DATE: 7/5/2019

*General Note: This document has been filed by Richard S. Schmidt, the federal court receiver (the "Receiver"). The Receiver's signature on this document should, in no way, be considered a testament to the truth or validity of the information contained herein. The Receiver has created this document solely based on the information available to him in his capacity as federal court receiver of Sam Kane Beef Processors, LLC. The Receiver has taken great care to verify the information to the extent feasible, however, the Receiver could not, and cannot verify all information contained herein. Creditors and parties in interest are cautioned to NOT RELY on the information contained in these documents.

NOTES:

MOR-1

Revised 07/01/98

CASE NAME: SAM KANE BEEF PROCESSORS, LLC
CASE NUMBER: 19-20020

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE [1] January 22, 2019 | MONTH January 2019 | MONTH February 2019 | MONTH March 2019 | MONTH April 2019 | MONTH May 2019 | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Petty Cash | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Cash | 3,558,439.86 | 8,279,946.16 | 16,717,568.56 | 16,871,326.50 | 16,871,060.34 | 16,830,983.55 | |
| Accounts Receivable, Net [2] | 22,213,991.70 | 15,006,163.56 | 1,812,731.78 | 0.00 | 0.00 | 0.00 | |
| Inventory: Lower of Cost or Market | 7,864,398.68 | 3,740,053.41 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Security Deposit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Prepaid Expenses / Deposits | 5,519,206.08 | 5,519,206.08 | 5,519,206.08 | 5,519,206.08 | 5,519,206.08 | 5,519,206.08 | |
| Due from Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Retainers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Insurance Bond | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| TOTAL CURRENT ASSETS | 39,156,036.32 | 32,545,369.21 | 24,049,506.42 | 22,390,532.58 | 22,390,266.42 | 22,350,189.63 | 0.00 |
| **PROPERTY, PLANT & EQUIP. @ COST** | 39,355,047.93 | 39,355,047.93 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Less Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| NET BOOK VALUE OF PP & E | 39,355,047.93 | 39,355,047.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Officer Loans | 893,389.32 | 893,389.32 | 893,389.32 | 893,389.32 | 893,389.32 | 893,389.32 | |
| 2. Marquette Reserve Hold | 4,813,516.66 | 4,813,516.66 | 4,813,516.66 | 4,813,516.66 | 4,813,516.66 | 4,813,516.66 | |
| 3. Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **TOTAL ASSETS** | $84,217,990.23 | $77,607,323.12 | $29,756,412.40 | $28,097,438.56 | $28,097,172.40 | $28,057,095.61 | $0.00 |

NOTES:
[1] Per Schedules and Statement of Financial Affairs created from the Debtor's books and records.
[2] - During March 2019, the Debtor was ordered to transfer any A/R collections (and all outstanding A/R) to UMB-Marquette.

MOR-2

CASE NAME: SAM KANE BEEF PROCESSORS, LLC
CASE NUMBER: 19-20020

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE[1]<br>January 22, 2019 | MONTH<br>January 2019 | MONTH<br>February 2019 | MONTH<br>March 2019 | MONTH<br>April 2019 | MONTH<br>May 2019 | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 736,817.88 | 362,097.98 | 217,737.30 | 115,968.86 | 95,222.86 | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable and Other Secured Debt | 54,568,624.59 | 54,568,624.59 | 48,068,624.59 | 48,068,624.59 | 48,068,624.59 | 48,068,624.59 | |
| Priority Debt | 6,635.19 | 6,635.19 | 6,635.19 | 6,635.19 | 6,635.19 | 6,635.19 | |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Unsecured Debt | 48,007,799.47 | 48,007,799.47 | 48,007,799.47 | 48,007,799.47 | 48,007,799.47 | 48,007,799.47 | |
| TOTAL PRE-PETITION LIABILITIES | 102,583,059.25 | 102,583,059.25 | 96,083,059.25 | 96,083,059.25 | 96,083,059.25 | 96,083,059.25 | 0.00 |
| TOTAL LIABILITIES | 102,583,059.25 | 103,319,877.13 | 96,445,157.23 | 96,300,796.55 | 96,199,028.11 | 96,178,282.11 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| CAPITAL | -18,365,069.02 | -18,365,069.02 | -18,365,069.02 | -18,365,069.02 | -18,365,069.02 | -18,365,069.02 | |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| RETAINED EARNINGS: Post Filing Date | 0.00 | -7,347,484.99 | -48,323,675.81 | -49,838,288.97 | -49,736,786.69 | -49,756,117.48 | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -18,365,069.02 | -25,712,554.01 | -66,688,744.83 | -68,203,357.99 | -68,101,855.71 | -68,121,186.50 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $84,217,990.23 | $77,607,323.12 | $29,756,412.40 | $28,097,438.56 | $28,097,172.40 | $28,057,095.61 | $0.00 |

NOTES:
[1] Per Schedules and Statement of Financial Affairs created from the Debtor's books and records.

**MOR-3**

CASE NAME: SAM KANE BEEF PROCESSORS, LLC
CASE NUMBER: 19-20020

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH<br>January 22, 2019 | MONTH<br>January 2019 | MONTH<br>February 2019 | MONTH<br>March 2019 | MONTH<br>April 2019 | MONTH<br>May 2019 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 0.00 | 301,914.04 | 28,700.32 | 0.00 | 0.00 | 0.00 |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   State Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Sales Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED INTEREST PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED PROFESSIONAL FEES[1] | 0.00 | 434,903.84 | 333,397.66 | 217,737.30 | 115,968.86 | 95,222.86 |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $736,817.88 | $362,097.98 | $217,737.30 | $115,968.86 | $95,222.86 |

Note:
[1] Professional fees include: The Claro Group ($459K), Okin Adams ($420K), Gordian Group ($258K) and R. Schmidt ($60K).

MOR-4                                                                                                     *Revised 07/01/98*

CASE NAME: SAM KANE BEEF PROCESSORS, LLC
CASE NUMBER: 19-20020

## AGING OF POST-PETITION LIABILITIES
### As of MAY 31, 2019

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | PROFESSIONAL FEES |
|---|---|---|---|---|---|---|
| 0-30 | 95,222.86 | 0.00 | 0.00 | 0.00 | 0.00 | 95,222.86 |
| 31-60 | 115,968.86 | 0.00 | | | | 115,968.86 |
| 61-90 | 246,437.62 | 28,700.32 | | | | 217,737.30 |
| 91+ | 1,070,215.54 | 301,914.04 | | | | 768,301.50 |
| TOTAL | $1,527,844.88 | $330,614.36 | $0.00 | $0.00 | $0.00 | $1,197,230.52 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | January 2019 | February 2019 | March 2019 [2] | April 2019 [2] | May 2019 [2] | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 4,124,345.27 | 677,775.17 | 0.00 | 0.00 | 0.00 | |
| 31-60 DAYS | 10,881,818.29 | 1,134,956.61 | 0.00 | 0.00 | 0.00 | |
| 61-90 DAYS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 91+ DAYS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| TOTAL | $15,006,163.56 | $1,812,731.78 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5 *Revised 07/01/98*

Note:
[1]   Professional fees include: The Claro Group ($459K), Okin Adams ($420K), Gordian Group ($258K) and R. Schmidt ($60K).
[2] - During March 2019, the Debtor was ordered to transfer any A/R collections (and all outstanding A/R) to UMB-Marquette.

CASE NAME: SAM KANE BEEF PROCESSORS, LLC
CASE NUMBER: 19-20020

## STATEMENT OF INCOME (LOSS)

| | MONTH<br>Jan 22-31, 2019 | MONTH<br>February 2019 | MONTH<br>March 2019 | MONTH<br>April 2019 | MONTH<br>May 2019 | FILING TO<br>DATE |
|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 4,124,345.27 | 677,775.17 | 0.00 | 0.00 | 0.00 | 4,802,120.44 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GROSS PROFIT | 4,124,345.27 | 677,775.17 | 0.00 | 0.00 | 0.00 | 4,802,120.44 |
| **OPERATING EXPENSES:** | | | | | | |
| PAYROLL - WAGES, TAXES, WITHOLDINGS | 933,820.98 | 319,783.89 | 16,107.80 | 0.00 | 0.00 | 1,269,712.67 |
| BANK FEES | 292.98 | 5,160.29 | 467.04 | 266.16 | 96.79 | 6,283.26 |
| ENVIRONMENTAL/WASTE ISSUES | 48,878.10 | 125,431.84 | 3,000.00 | 0.00 | 0.00 | 177,309.94 |
| EQUIPMENT RENTALS - LEASES | 3,603.35 | 3,405.55 | 0.00 | 0.00 | 0.00 | 7,008.90 |
| UTILITIES & TELEPHONE/IT | 181,798.67 | 12,427.01 | 0.00 | 0.00 | 0.00 | 194,225.68 |
| INSURANCE | 37,302.92 | 420,579.77 | 13,370.40 | 0.00 | 0.00 | 471,253.09 |
| PACKING AND PLANT SUPPLIES | 180,495.00 | 19,074.31 | 0.00 | 0.00 | 0.00 | 199,569.31 |
| FOOD SAFETY AND TESTING | 3,569.08 | 0.00 | 0.00 | 0.00 | 0.00 | 3,569.08 |
| TRANSPORTATION/FREIGHT | 87,810.00 | 280,238.80 | 0.00 | 0.00 | 0.00 | 368,048.80 |
| REPAIRS & MAINTENANCE | 1,213.31 | 3,043.73 | 0.00 | 0.00 | 0.00 | 4,257.04 |
| GENERAL & ADMINISTRATIVE | 2,114.93 | 8,399.29 | 0.00 | 0.00 | 0.00 | 10,514.22 |
| OFFICE SUPPLIES/EXPENSES | 3,385.28 | 2,343.59 | 0.00 | 0.00 | 0.00 | 5,728.87 |
| HEALTH CLINIC | 10,619.98 | 0.00 | 0.00 | 0.00 | 0.00 | 10,619.98 |
| OTHER EXPENSES | 39,126.23 | 88,920.61 | 285.39 | 0.00 | 0.00 | 128,332.23 |
| PAYMENTS TO INSIDERS (See MOR 9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL FEES | 312,000.00 | -178,375.19 | 0.00 | 0.00 | 0.00 | 133,624.81 |
| OTHER ACCRUED EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL OPERATING EXPENSES** | 1,846,030.81 | 1,110,433.49 | 33,230.63 | 266.16 | 96.79 | 2,990,057.88 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | $2,278,314.46 | ($432,658.32) | ($33,230.63) | ($266.16) | ($96.79) | 1,812,062.56 |
| INTEREST EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPRECIATION [1] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | 0.00 | 0.00 | 0.00 | 40,000.00 | 40,000.00 |
| OTHER ITEMS** | 736,817.88 | 362,097.98 | 217,737.30 | 115,968.86 | 95,222.86 | 1,527,844.88 |
| TOTAL INT, DEPR & OTHER ITEMS | 736,817.88 | 362,097.98 | 217,737.30 | 115,968.86 | 135,222.86 | 1,567,844.88 |
| NET INCOME BEFORE TAXES | $1,541,496.58 | ($794,756.30) | ($250,967.93) | ($116,235.02) | ($135,319.65) | 244,217.68 |
| TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $1,541,496.58 | ($794,756.30) | ($250,967.93) | ($116,235.02) | ($135,319.65) | $244,217.68 |

NOTES:

[1] Depreciation expense was not determined.
** Includes Accrued Professional Fees

MOR-6                                                                                                                     *Revised 07/01/98*

CASE NAME: SAM KANE BEEF PROCESSORS, LLC
CASE NUMBER: 19-20020

## CASH RECEIPTS AND DISBURSEMENTS

| | MONTH Jan 22-31, 2019 | MONTH February 2019 | MONTH March 2019 | MONTH April 2019 | MONTH May 2019 | FILING TO DATE |
|---|---|---|---|---|---|---|
| **1. CASH-BEGINNING OF MONTH** | $3,558,439.86 | $8,279,946.16 | $16,717,568.56 | $16,871,326.50 | $16,871,060.34 | $3,558,439.86 |
| **RECEIPTS:** | | | | | | |
| 2. SALES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 6,567,537.11 | 8,198,055.89 | 775,175.57 | 0.00 | 0.00 | 15,540,768.57 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 1,350,000.00 | 150,000.00 | 0.00 | 0.00 | 1,500,000.00 |
| 6. COMISSIONS, VENDOR CREDIT & OTHER INCOME | 0.00 | 0.00 | 1,025.39 | 0.00 | 20.00 | 1,045.39 |
| TOTAL RECEIPTS | 6,567,537.11 | 9,548,055.89 | 926,200.96 | 0.00 | 20.00 | 17,041,813.96 |
| **DISBURSEMENTS:** | | | | | | |
| 7. PAYROLL - WAGES, TAXES, WITHOLDINGS | 933,820.98 | 319,783.89 | 16,107.80 | 0.00 | 0.00 | 1,269,712.67 |
| 8. BANK FEES | 292.98 | 5,160.29 | 467.04 | 266.16 | 96.79 | 6,283.26 |
| 9. ENVIRONMENTAL/WASTE ISSUES | 48,878.10 | 125,431.84 | 3,000.00 | 0.00 | 0.00 | 177,309.94 |
| 10. EQUIPMENT RENTALS - LEASES | 3,603.35 | 3,405.55 | 0.00 | 0.00 | 0.00 | 7,008.90 |
| 11. UTILITIES & TELEPHONE/IT | 181,798.67 | 12,427.01 | 0.00 | 0.00 | 0.00 | 194,225.68 |
| 12. INSURANCE | 37,302.92 | 420,579.77 | 13,370.40 | 0.00 | 0.00 | 471,253.09 |
| 13. PACKING AND PLANT SUPPLIES | 180,495.00 | 19,074.31 | 0.00 | 0.00 | 0.00 | 199,569.31 |
| 14. FOOD SAFETY AND TESTING | 3,569.08 | 0.00 | 0.00 | 0.00 | 0.00 | 3,569.08 |
| 15. TRANSPORTATION/FREIGHT | 87,810.00 | 280,238.80 | 0.00 | 0.00 | 0.00 | 368,048.80 |
| 16. REPAIRS & MAINTENANCE | 1,213.31 | 3,043.73 | 0.00 | 0.00 | 0.00 | 4,257.04 |
| 17. GENERAL & ADMINISTRATIVE | 2,114.93 | 8,399.29 | 0.00 | 0.00 | 0.00 | 10,514.22 |
| 18. OFFICE SUPPLIES/EXPENSES | 3,385.28 | 2,343.59 | 0.00 | 0.00 | 0.00 | 5,728.87 |
| 19. HEALTH CLINIC | 10,619.98 | 0.00 | 0.00 | 0.00 | 0.00 | 10,619.98 |
| 20. OTHER EXPENSES | 39,126.23 | 88,920.61 | 285.39 | 0.00 | 0.00 | 128,332.23 |
| 21. PAYMENTS TO INSIDERS (See MOR 9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | 1,534,030.81 | 1,288,808.68 | 33,230.63 | 266.16 | 96.79 | 2,856,433.07 |
| 22. PROFESSIONAL FEES - see Appendix A | 312,000.00 | -178,375.19 | 0.00 | 0.00 | 0.00 | 133,624.81 |
| 23. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 739,212.39 | 0.00 | 40,000.00 | 779,212.39 |
| **TOTAL DISBURSEMENTS**** | 1,846,030.81 | 1,110,433.49 | 772,443.02 | 266.16 | 40,096.79 | 3,769,270.27 |
| 25. NET CASH FLOW | 4,721,506.30 | 8,437,622.40 | 153,757.94 | -266.16 | -40,076.79 | 13,272,543.69 |
| **26. CASH - END OF MONTH (MOR-2)** | $8,279,946.16 | $16,717,568.56 | $16,871,326.50 | $16,871,060.34 | $16,830,983.55 | $16,830,983.55 |

NOTES:
** To MOR 1
24. OTHER REORGANIZATION EXPENSES - The payment of $739,212,39 was made to Nueces County for taxes after sale of PP&E.
24. OTHER REORGANIZATION EXPENSES - The payment of $40,000.00 was made to Fronteo for forensic data capture.

MOR-7

*Revised 07/01/98*

CASE NAME: SAM KANE BEEF PROCESSORS, LLC
CASE NUMBER: 19-20020

## CASH ACCOUNT RECONCILIATION
### As of MAY 31, 2019

| BANK NAME | BBVA Compass | BBVA Compass | BBVA Compass | BBVA Compass | Charter Bank | Charter Bank | Charter Bank | Charter Bank | Charter Bank | BBVA Compass | BBVA Compass | Wells Fargo | Wells Fargo | Wells Fargo | UMB (1) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (last 4 digits) | 9536 | 9358 | 9749 | 0163 | 4174 | 3091 | 4208 | 9248 | 3561 | 7636 | 9785 | 8727 | 8701 | 0492 | | |
| *ACCOUNT TYPE* | *Trade* | *Checking* | *Checking* | *Checking* | *Checking* | *Checking* | *Checking* | *Checking* | *Checking* | *Checking* | *Checking* | *DIP-Checking* | *DIP-Checking* | *DIP-Checking* | *Marquette* | *TOTAL* |
| BANK BALANCE | $ - | $ - | $ - | $ (0.00) | $ 431.77 | $ (397.44) | $ 3.46 | $ (62.57) | $ - | $ 3,000,000.00 | $ - | $ 189.98 | $ 647,587.61 | $ 12,489,380.20 | $ 693,850.54 | $ 16,830,983.55 |
| DEPOSITS IN TRANSIT | | | | | | | | | | | | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | | | | | | | | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ - | $ - | $ - | $ (0.00) | $ 431.77 | $ (397.44) | $ 3.46 | $ (62.57) | $ - | $ 3,000,000.00 | $ - | $ 189.98 | $ 647,587.61 | $ 12,489,380.20 | $ 693,850.54 | 16,830,983.55 |
| BEGINNING CASH - PER BOOKS | $ - | $ - | $ - | $ (0.00) | $ 471.74 | $ (374.90) | $ 3.46 | $ (42.29) | $ - | $ 3,000,000.00 | $ - | $ 203.98 | $ 647,587.61 | $ 12,529,360.20 | $ 693,850.54 | $ 16,871,060.34 |
| RECEIPTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 20.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,000.00 | 0.00 | (40,000.00) | 0.00 | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MOR-2 | | | | | | | | | | | | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 0.00 | 0.00 | 0.00 | 0.00 | (39.97) | (22.54) | 0.00 | (20.28) | 0.00 | 0.00 | 0.00 | (40,014.00) | 0.00 | 0.00 | 0.00 | (40,096.79) |
| ENDING CASH - PER BOOKS | $ - | $ - | $ - | $ (0.00) | $ 431.77 | $ (397.44) | $ 3.46 | $ (62.57) | $ - | $ 3,000,000.00 | $ - | $ 189.98 | $ 647,587.61 | $ 12,489,380.20 | $ 693,850.54 | $ 16,830,983.55 |

**Note:**
[1] - During March 2019, the Debtor was ordered to transfer any A/R collections (and all outstanding A/R) to UMB-Marquette.

MOR-8

CASE NAME: SAM KANE BEEF PROCESSORS, LLC
CASE NUMBER: 19-20020

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS: NAME/COMP TYPE | MONTH Jan 22-31, 2019 | MONTH February 2019 | MONTH March 2019 | MONTH April 2019 | MONTH May 2019 | MONTH |
|---|---|---|---|---|---|---|
| **TOTAL INSIDERS (MOR-1)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Jan 22-31, 2019 | MONTH February 2019 | MONTH March 2019 | MONTH April 2019 | MONTH May 2019 | MONTH |
|---|---|---|---|---|---|---|
| 1. Richard S. Schmidt, Sole Member | 0.00 | 98,735.00 | 0.00 | 0.00 | | |
| 2. Okin & Adams LLP | 20,000.00 | 0.00 | 0.00 | 0.00 | | |
| 3. The Claro Group | 60,000.00 | 0.00 | 0.00 | 0.00 | | |
| 4. Gordian Group | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **TOTAL PROFESSIONALS (MOR-1)** | $80,000.00 | $98,735.00 | $0.00 | $0.00 | $0.00 | $0.00 |

NOTES: The professionals payments made in Jan-Feb were made after approval by the Court.

MOR-9

*Revised 07/01/98*