**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **SAM KANE BEEF PROCESSORS, LLC,** | § | **Case No. 19-20020** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

**NOTICE OF RESET HEARING**
(Relates to Doc. Nos. 369, 371, 372, 376 and 388)

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") in the above-referenced Case scheduled for October 11, 2019 at 2:30 p.m. has been continued.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable David R. Jones, United States Bankruptcy Judge, at the **United States Bankruptcy Court, 515 Rusk, Courtroom 400, Houston, Texas on Thursday, October 17, 2019 at 10:30 a.m. (CT)**, or at such other time as the Court may determine, on the following motions (the "Motions") which were filed in connection with the Chapter 11 Case:

1. Confirmation and Final Approval of the *Chapter 11 Plan and Related Disclosure Statement* [ECF # 369]

2. *Order Granting Debtor's Emergency Motion for Entry of an Order (I) Conditionally Approving the Combined Disclosure Statement and Plan; (II) Setting a Date for Filing Hearing, etc.* [ECF #371]

3. *Debtor's Motion to Approve Stipulation Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* [ECF # 372]

4. *Order Granting Motion for Expedited Consideration of Debtor's Motion to Approve Stipulation Pursuant to Rule 9019* [ECF #376]

5. *Emergency Motion for Entry of an Order Authorizing the Assumption of the Crown Leases* [ECF # 388]

Copies of the above-referenced Motions may be (i) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (ii) downloaded from the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.  Requests for copies of the Motions and further information regarding the Hearing may also be made to counsel for the Debtor using the contact information below.

Respectfully submitted this 11th day of October, 2019.

**OKIN ADAMS LLP**

By:      /s/ *David L. Curry, Jr.*
Matthew S. Okin
Texas Bar No. 00784695
mokin@okinadams.com
David L. Curry, Jr.
Texas Bar No. 24065107
dcurry@okinadams.com
Ryan A. O'Connor
Texas Bar No. 24098190
roconnor@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 888.865.2118

**ATTORNEYS FOR THE DEBTOR**

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copy of the *Notice of Reset Hearing* was served via the Court's ECF System on any party having appeared and requested notice in this case at the time of filing of said pleading.

 /s/ *David L. Curry, Jr.*
David L. Curry, Jr.

2