IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SAM KANE BEEF PROCESSORS, LLC, | § | Case No. 19-20020 |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF EFFECTIVE DATE OF DEBTOR'S
## CHAPTER 11 PLAN AND RELATED DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that on October 17, 2019, the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division (this "Court") entered an order [ECF # 397] (the "Confirmation Order") confirming the Debtor's Chapter 11 Plan and Related Disclosure Statement (the "Plan") in the chapter 11 case of the above-captioned debtor (the "Debtor").

**PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING:**

1. **Effective Date.**  Pursuant to the Confirmation Order, the Debtor hereby certifies and gives notice that the Plan became effective in accordance with its terms.  All conditions precedent to the Effective Date have been satisfied, and the effective date occurred on *November 4, 2019* (the "Effective Date").

2. **Liquidating Trust Agreement.** A fully executed copy of the Liquidating Trust Agreement, as revised pursuant to comments made on the record at the hearing on confirmation of the Plan held on October 17, 2019, is attached hereto as **Exhibit A**.

3. **Executory Contracts.**  Pursuant to the Plan, all executory contracts and unexpired leases not assumed under the Plan are rejected, unless otherwise dealt with by the Plan or the Confirmation, or any other Order of the Court entered prior to the Effective Date.  Any Claim for damages arising from the rejection of an executory contract or unexpired lease must be asserted in a proof of claim filed with the Bankruptcy Court no later than thirty (30) days following the Effective Date.  Any Claims not filed within such time shall be forever barred from assertion against the Debtors.

4. **Professional Compensation Claims.** All applications for compensation for services rendered and reimbursement of expenses incurred by Professionals from the Petition Date through the Effective Date shall be filed no later than forty-five (45) days after the Effective Date. Such applications and objections thereto (if any) shall be filed in

accordance with and comply in all respects with the Bankruptcy Code, the Bankruptcy Rules and applicable local rules.

5. **Copies of the Plan and Confirmation Order.** Any party-in-interest who wishes to obtain a copy of the Confirmation Order, the Plan, or any exhibits to the Plan may request an electronic copy of these documents by emailing counsel for the Debtor at info@okinadams.com.

DATED: November 4, 2019.

Respectfully submitted,

**OKIN ADAMS LLP**

By: /s/ *David L. Curry*
Matthew S. Okin
Texas Bar No. 00784695
mokin@okinadams.com
David L. Curry, Jr.
Texas Bar No. 24065107
dcurry@okinadams.com
Ryan A. O'Connor
Texas Bar No. 24098190
roconnor@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 888.865.2118

**ATTORNEYS FOR THE DEBTOR**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 4, 2019, I caused a copy of the foregoing to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas by electronic mail.

By: /s/ *David L. Curry*
David L. Curry